**TOWN OF PALM BEACH, FLORIDA, a municipal corporation, and EDWARD EHINGER, as Building Inspector of the Town of Palm Beach, Florida, v. ALFRED GOTTESMAN.**

11 So. (2nd) 337                                       January Term, 1943
January 15, 1943                                              Division B

*E. Harris Drew,* for appellants.
*Abe Aronovitz,* for appellee.

**BUFORD, C. J.:**

Appeal is from order dismissing bill of complaint seeking to restrain the prosecution of a law action.

All issues sought to be determined by the bill for injunction were determinable in the law action and, therefore, there was no equity in the bill.

Order or dismissal affirmed.

BROWN, THOMAS, and SEBRING, JJ., concur.